UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCORES HOLDING COMPANY INC. et al,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>SCMD LLC,<br><br>                              Defendant. | 18cv11364 (DF)<br><br>**ORDER OF DISCONTINUANCE** |

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having been informed that the parties have reached an agreement in principle to resolve this action, and the parties having consented pursuant to 28 U.S.C. § 636(c) to the undersigned exercising jurisdiction over this matter and conducting all proceedings herein, it is hereby ORDERED that:

This action be, and hereby is, discontinued with prejudice and without costs, provided, however, that if, by March 31, 2021, the parties' written documentation of the settlement is not completed, Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

Dated:  New York, New York
         October 28, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)